UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALONZO SCOTT,

                Plaintiff,

-against-

The Governor of New York, DAVID
PATERSON; Commissioner of Correctional
Services, BRIAN FISCHER; The FBI,
J. EDGAR HOOVER; Supreme Court of the
State of New York, Staten Island NY; and
96.3 Radio Station Personnel, "LUGNUTS" and
"SCOTT PANK,"

                Defendants.
------------------------------------------------------------X

**CIVIL JUDGMENT**

10-CV-2267 (ARR)

       Pursuant to the court's Memorandum and Order issued on May 26, 2010, dismissing this complaint, it is

       **ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed pursuant to 28 U.S.C. § 1915A(b) and § 1915(e)(2)(B). The court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

Dated: Brooklyn, New York
        May 26, 2010

/S/

_____
Allyne R. Ross
United States District Judge